MAGISTRATE JUDGE STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 05-5134M |
| Plaintiff, | ) | |
| vs. | ) | STIPULATED ORDER MODIFYING |
| ALAN W. GUIMONT, | ) | CONDITIONS OF RELEASE |
| Defendant. | ) | |

It has come to the attention of the parties herein that United States Pretrial Services is unable to put Mr. Guimont on GPS monitoring until August 12, 2005, due to a problem in obtaining the necessary equipment. The court, as a condition of release, required that Mr. Guimont notify his employer of his charge and related pretrial release conditions by August 12, 2005. Due to Mr. Guimont's inability to physically comply with that condition until after his release, the parties hereby request that he be allowed until August 16, 2005, to comply with those conditions. Such a modification would serve the ends of justice, therefore,

//

//

STIPULATED ORDER MODIFYING
CONDITIONS OF RELEASE
*U.S. v. Guimont*, 05-5134M            1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington  98402
(253) 593-6410

IT IS HEREBY ORDERED the conditions of release be modified such that Mr. Guimont be allowed until August 16, 2005, to notify his employer of his charges and situation, as set forth in the original order. All other conditions of release shall remain in effect.

DONE this 11th day of August, 2005.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented By:

/s/
Linda R. Sullivan
Attorney for Defendant

Agreed:

/s/
Michael Dion
Assistant United States Attorney

STIPULATED ORDER MODIFYING
CONDITIONS OF RELEASE
*U.S. v. Guimont*, 05-5134M        2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, Washington  98402**
**(253) 593-6410**